**F. JACOBUS TRANSP. CO., Inc., v. GOODWIN-GALLAGHER SAND & GRAVEL CORPORATION et al. WASHINGTON BULKLEY, Inc., v. F. JACOBUS TRANSP. CO., Inc., et al. GOODWIN-GALLAGHER SAND & GRAVEL CORPORATION v. SAME.**

Circuit Court of Appeals, Second Circuit. February 4, 1929.

Nos. 152–154.

Single & Single, of New York City (Thomas H. Middleton, of New York City, of counsel), for appellant.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellee Goodwin-Gallagher Sand & Gravel Corporation.

William F. Purdy, of New York City, for appellee Jacobus Transportation Co., Inc.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree [31 F.(2d) 112] affirmed, with costs.